Craig J. Ackermann, Esq. (SBN 229832)
cja@ackermanntilajef.com
Avi Kreitenberg, Esq. (SBN 266571)
ak@ackermanntilajef.com
ACKERMANN & TILAJEF, P.C.
315 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone: (310) 277-0614

Christopher S. Prater (admitted pro hac vice, DE 13)
POLLARD PLLC
500 E. Broward Blvd., #950
Fort Lauderdale, FL 33394
Office: 954-332-2380
cprater@pollardllc.com
service@pollardllc.com

Attorneys for Plaintiff

Gabriel N. Rubin (State Bar No. 241659)
Marie Valdez (State Bar No. 361091)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Email: Gabriel.Rubin@jacksonlewis.com
Marie.Valdez@jacksonlewis.com

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEAUNDRA TILLERY (FKA DEAUNDRA NELSON), an individual,

Plaintiff,

v.

GOOGLE LLC, a limited liability company,

Defendant.

Case No. 5:26-cv-03163

**~~[PROPOSED]~~ ORDER GRANTING STIPULATED AND JOINT MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA**

***AS MODIFIED***

Complaint Filed: 04/14/2026
Trial Date: Not Set

**THIS MATTER** having come before the Court on the Parties' Stipulated and Joint Motion to Transfer Venue to the United States District Court for the Northern District of Georgia Pursuant to 28 U.S.C. §1404(a), and the Court having reviewed and considered the Motion:

**IT IS HEREBY ORDERED**, that the Clerk shall transfer forthwith this action to the United States District Court for the Northern District of Georgia; and

**IT IS FURTHER ORDERED**, that ~~Plaintiff shall have thirty (30) days from the date this Action is transferred to the United States District Court for the Northern District of Georgia to file and serve a First Amended Complaint ("FAC") and Defendant will have thirty (30) days from the date Plaintiff files or serves her FAC (whichever is later) to respond to Plaintiff's FAC. If Plaintiff does not file and serve a FAC within thirty (30) days of this Action being transferred to the United States District Court for the Northern District of Georgia, then Defendant shall have thirty (30) days from the final day Plaintiff could have filed and served a FAC to respond to Plaintiff's operative complaint; and~~ the parties shall comply with all filing deadlines in the Federal Rules of Civil Procedure and the Transferee District's Local Rules unless otherwise stipulated to and/or ordered by the Transferee court.

**IT IS FURTHER ORDERED**, that each party shall bear its own costs and attorneys' fees. **IT IS SO ORDERED.**

DATED: August 4, 2026

U.S. District Judge Edward J. Davila